**Opinion issued August 13, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00478-CV

————————————

## IN RE CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Centerpoint Energy Houston Electric, LLC, has filed a petition for a writ of mandamus challenging the trial court's order denying relator's plea to the jurisdiction.[1]

---

[1] The underlying case is *Karen Y. Higgins, Individually and as the Independent Administrator of the Estate of Glenn Wood Higgins, Deceased, Megan Higgins, Maxwell Higgins, and Tommy Higgins v. Centerpoint Energy Inc. and Encore Caregivers, Ltd.*, No. 450,163-401, in the Probate Court No. 4 of Harris County, Texas, the Honorable James Horwitz.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.